UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____
Jeffrey A. Houseknecht, Sr.

                  Plaintiff(s),

***MEDIATION CERTIFICATION***

   19    - cv -  00426 

v.

Mercantile Adjustment Bureau, LLC

                  Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☑ *Case settled prior to the first mediation session.*

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 08/08/2019          Mediator: /S/ Thomas B. Cronmiller

*Additional Comments:*
_____
_____
_____

Print     Clear Form